UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH G. WOOD,
Inmate No. 894702,
 Plaintiff,
vs.            Case No.: 3:20cv5492/MCR/EMT

MARSHA NICHOLS, et al.,
 Defendants.
          /

# ORDER

The Chief Magistrate Judge issued a Report and Recommendation on August 31, 2021 (ECF No. 45). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections. *See* ECF No. 48.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation (ECF No. 45) is adopted and incorporated by reference in this order.

2.  Defendants' motion for summary judgment (ECF No. 36) is **GRANTED**.

3.  All pending motions are **DENIED** as moot.

4.  The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 30th day of September, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**